# EXHIBIT B





### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

Merriam-Webster™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

ISBN 978-0-87779-930-6

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

15 16 17 18 DFC:QWB 11 10 09 08

BLE  2 : of humble birth  3 : of illegitimate birth
**base exchange** n : a post exchange at a naval or air force base
**base hit** n : a hit in baseball that enables the batter to reach base safely with no error made and no base runner forced out
**BASE jumping** \'bās-\ n [*building, antenna, span, earth*] : the activity of parachuting from a high structure or cliff
**base-line** \'bās-,līn\ n  1 : a line serving as a basis esp. to calculate or locate something  2 : the area within which a baseball player must keep when running between bases
**base·ment** \-mənt\ n  1 : the part of a building that is wholly or partly below ground level  2 : the lowest or fundamental part of something
**base on balls** : an advance to first base given to a baseball player who receives four balls
**base runner** n : a baseball player who is on base or is attempting to reach a base
**¹bash** \'bash\ vb  1 : to strike violently : HIT  2 : to smash by a blow  3 : to attack physically or verbally
**²bash** n  1 : a heavy blow  2 : a festive social gathering : PARTY
**bash·ful** \'bash-fəl\ adj : inclined to shrink from public attention — **bash·ful·ly** \-fə-lē\ adv — **bash·ful·ness** n
**ba·sic** \'bā-sik\ adj  1 : of, relating to, or forming the base or essence : FUNDAMENTAL  2 : concerned with fundamental scientific principles : not applied  3 : of, relating to, or having the character of a chemical base ♦ *Synonyms* UNDERLYING, BASAL, PRIMARY — **ba·sic·i·ty** \bā-'si-sə-tē\ n
**BA·SIC** \'bā-sik\ n [*Beginner's All-purpose Symbolic Instruction Code*] : a simplified language for programming a computer
**ba·si·cal·ly** \'bā-si-k(ə-)lē\ adv  1 : at a basic level  2 : for the most part  3 : in a basic manner
**ba·sil** \'bā-zəl, 'ba-, -səl\ n : any of several mints with fragrant leaves used in cooking; *also* : the leaves
**ba·sil·i·ca** \bə-'si-li-kə, -'zi-\ n [L, fr. Gk *basilikē*, fr. fem. of *basilikos* royal, fr. *basileus* king]  1 : an early Christian church building consisting of nave and aisles with clerestory and apse  2 : a Roman Catholic church given ceremonial privileges
**bas·i·lisk** \'ba-sə-,lisk, 'ba-zə-\ n [ME, fr. L *basiliscus*, fr. Gk *basiliskos*, fr. dim. of *basileus* king] : a legendary reptile with fatal breath and glance
**ba·sin** \'bā-s²n\ n  1 : an open usu. circular vessel with sloping sides for holding liquid (as water)  2 : a hollow or enclosed place containing water; *also* : the region drained by a river
**ba·sis** \'bā-səs\ n, pl **ba·ses** \-,sēz\  1 : FOUNDATION, BASE  2 : a fundamental principle
**bask** \'bask\ vb  1 : to expose oneself to comfortable heat  2 : to enjoy something warmly comforting ⟨~*ing* in his friends' admiration⟩
**bas·ket** \'bas-kət\ n : a container made of woven material (as twigs or grasses); *also* : any of various lightweight usu. wood containers — **bas·ket·ful** n
**bas·ket·ball** \-,bȯl\ n : a game played on a court by two teams who try to throw an inflated ball through a raised goal; *also* : the ball used in this game — **bas·ket·ball·er** \-,bȯ-lər\ n
**basket case** n  1 : a person who has all four limbs amputated  2 : a person who is mentally incapacitated or worn out (as from nervous tension)
**basket weave** n : a textile weave resembling the checkered pattern of a plaited basket
**bas·ma·ti rice** \,bäz-'mä-tē-\ n : an aromatic long-grain rice originating in southern Asia
**bas mitzvah** var of BAT MITZVAH
**Basque** \'bask\ n  1 : a member of a people inhabiting a region bordering on the Bay of Biscay in northern Spain and southwestern France  2 : the language of the Basque people — **Basque** adj
**bas–re·lief** \,bä-ri-'lēf\ n [F] : a sculpture in relief with the design raised very slightly from the background
**¹bass** \'bas\ n, pl **bass** or **bass·es** : any of numerous sport and food bony fishes (as a striped bass)
**²bass** \'bās\ adj : of low pitch
**³bass** \'bās\ n  1 : a deep sound or tone  2 : the lower half of the musical pitch range  3 : the lowest part in a 4-part chorus; *also* : a singer having this voice or part
**bas·set hound** \'ba-sət-\ n : any of an old breed of short-legged hunting dogs of French origin having long ears and a short smooth coat
**bas·si·net** \,ba-sə-'net\ n : a baby's bed that resembles a basket and often has a hood over one end
**bas·so** \'ba-sō, 'bä-\ n, pl **bassos** or **bas·si** \'bä-,sē\ [It] : a bass singer
**bas·soon** \bə-'sün\ n : a musical wind instrument lower in pitch than the oboe
**bass·wood** \'bas-,wu̇d\ n : any of several New World lindens or their wood
**bast** \'bast\ n : BAST FIBER
**¹bas·tard** \'bas-tərd\ n  1 : an illegitimate child  2 : an offensive or disagreeable person
**²bastard** adj  1 : ILLEGITIMATE  2 : of an inferior or nontypical kind, size, or form; *also* : SPURIOUS — **bas·tardy** n
**bas·tard·ise** Brit var of BASTARDIZE
**bas·tard·ize** \'bas-tər-,dīz\ vb **-ized; -izing** : to reduce from a higher to a lower state : DEBASE
**¹baste** \'bāst\ vb **bast·ed; bast·ing** : to sew with long stitches so as to keep temporarily in place
**²baste** vb **bast·ed; bast·ing** : to moisten (as meat) at intervals with liquid while cooking
**bast fiber** n : a strong woody plant fiber obtained chiefly from phloem and used esp. in making ropes

549            pitter-patter • plainness

sounds — **pitter–patter** \ˌpi-tər-ˈpa-tər, ˌpi-tē-\ *adv or adj* — **pitter–patter** \*same as adv*\ *vb*
**pi·tu·i·tary** \pə-ˈtü-ə-ˌter-ē, -ˈtyü-\ *n, pl* **-itar·ies** : PITUITARY GLAND — **pituitary** *adj*
**pituitary gland** *n* : a small oval endocrine gland located at the base of the brain that produces various hormones that affect most basic bodily functions (as growth and reproduction)
**pit viper** *n* : any of various mostly New World venomous snakes with a sensory pit on each side of the head and hollow perforated fangs
¹**pity** \ˈpi-tē\ *n, pl* **pit·ies** [ME *pite*, fr. AF *pité*, fr. L *pietas* piety, pity, fr. *pius* pious] **1** : sympathetic sorrow : COMPASSION **2** : something to be regretted
²**pity** *vb* **pit·ied; pity·ing** : to feel pity for
¹**piv·ot** \ˈpi-vət\ *n* : a fixed pin on which something turns — **pivot** *adj*
²**pivot** *vb* : to turn on or as if on a pivot
**piv·ot·al** \ˈpi-və-t°l\ *adj* **1** : of or relating to a pivot **2** : vitally important : CRITICAL
**pix** *pl of* PIC
**pix·el** \ˈpik-səl, -ˌsel\ *n* **1** : any of the small elements that together make up an image (as on a television screen) **2** : any of the detecting elements of a charge-coupled device used as an optical sensor
**pix·ie** *also* **pixy** \ˈpik-sē\ *n, pl* **pix·ies** : FAIRY; *esp* : a mischievous sprite
**piz·za** \ˈpēt-sə\ *n* [It] : an open pie made of rolled bread dough spread with a spiced mixture (as of tomatoes, cheese, and ground meat) and baked
**piz·zazz** *or* **pi·zazz** \pə-ˈzaz\ *n* **1** : GLAMOUR **2** : VITALITY
**piz·ze·ria** \ˌpēt-sə-ˈrē-ə\ *n* : an establishment where pizzas are made and sold
**piz·zi·ca·to** \ˌpit-si-ˈkä-tō\ *adv or adj* [It] : by means of plucking instead of bowing — used as a direction in music
**pj's** \ˈpē-ˌjāz\ *n pl* : PAJAMAS
**pk** *abbr* **1** park **2** peak **3** peck **4** pike
**pkg** *abbr* package
**pkt** *abbr* **1** packet **2** pocket
**pkwy** *abbr* parkway
**pl** *abbr* **1** place **2** plate **3** plural
¹**plac·ard** \ˈpla-kərd, -ˌkärd\ *n* : a notice posted in a public place : POSTER
²**plac·ard** \-ˌkärd, -kərd\ *vb* **1** : to cover with or as if with placards **2** : to announce by or as if by posting
**pla·cate** \ˈplā-ˌkāt, ˈpla-\ *vb* **pla·cat·ed; pla·cat·ing** : to soothe esp. by concessions : APPEASE — **pla·ca·ble** \ˈpla-kə-bəl, ˈplā-\ *adj*
¹**place** \ˈplās\ *n* [ME, fr. AF, open space, fr. L *platea* broad street, fr. Gk *plateia* (*hodos*), fr. fem. of *platys* broad, flat] **1** : SPACE, ROOM **2** : an indefinite region : AREA **3** : a building or locality used for a special purpose **4** : a center of population **5** : a particular part of a surface : SPOT **6** : relative position in a scale or sequence; *also* : position at the end of a competition ⟨last ∼⟩ **7** : ACCOMMODATION; *esp* : SEAT **8** : the position of a figure within a numeral ⟨12 is a two ∼ number⟩ **9** : JOB; *esp* : public office **10** : a public square **11** : 2d place at the finish (as of a horse race) — **in place of** : INSTEAD OF — **out of place** : not in the proper location : INAPPROPRIATE
²**place** *vb* **placed; plac·ing** **1** : to put in a particular place : SET **2** : to distribute in an orderly manner : ARRANGE **3** : IDENTIFY **4** : to give an order for ⟨∼ a bet⟩ **5** : to earn a given spot in a competition; *esp* : to come in 2d
**pla·ce·bo** \plə-ˈsē-bō\ *n, pl* **-bos** [L, I shall please] : an inert medication used for its psychological effect or for purposes of comparison in an experiment
**place-hold·er** \ˈplās-ˌhōl-dər\ *n* : a symbol in a mathematical or logical expression that may be replaced by the name of any element of a set
**place-kick** \-ˌkik\ *n* : the kicking of a ball placed or held on the ground — **place-kick** *vb* — **place-kick·er** *n*
**place·ment** \ˈplās-mənt\ *n* : an act or instance of placing
**place–name** \-ˌnām\ *n* : the name of a geographical locality
**pla·cen·ta** \plə-ˈsen-tə\ *n, pl* **-tas** *or* **-tae** \-(ˌ)tē\ [NL, fr. L, flat cake] : the organ in most mammals by which the fetus is joined to the maternal uterus and is nourished — **pla·cen·tal** \-ˈsen-t°l\ *adj or n*
**plac·er** \ˈpla-sər\ *n* : a deposit of sand or gravel containing particles of valuable mineral (as gold)
**plac·id** \ˈpla-səd\ *adj* : UNDISTURBED, PEACEFUL ♦ *Synonyms* TRANQUIL, SERENE, CALM — **pla·cid·i·ty** \pla-ˈsi-də-tē\ *n* — **plac·id·ly** *adv*
**plack·et** \ˈpla-kət\ *n* : a slit in a garment
**pla·gia·rise** *Brit var of* PLAGIARIZE
**pla·gia·rize** \ˈplā-jə-ˌrīz\ *vb* **-rized; -riz·ing** : to present the ideas or words of another as one's own — **pla·gia·rism** \-ˌri-zəm\ *n* — **pla·gia·rist** \-rist\ *n*
¹**plague** \ˈplāg\ *n* **1** : a disastrous evil or influx; *also* : NUISANCE **2** : PESTILENCE; *esp* : a destructive contagious bacterial disease (as bubonic plague)
²**plague** *vb* **plagued; plagu·ing** **1** : to afflict with or as if with disease or disaster **2** : TEASE, TORMENT, HARASS
**plaid** \ˈplad\ *n* [ScGael *plaide*] **1** : a rectangular length of tartan worn esp. over the left shoulder as part of the Scottish national costume **2** : a twilled woolen fabric with a tartan pattern **3** : a pattern of unevenly spaced repeated stripes crossing at right angles — **plaid** *adj*
¹**plain** \ˈplān\ *n* : an extensive area of level or rolling treeless country
²**plain** *adj* **1** : lacking ornament ⟨a ∼ dress⟩ **2** : free of extraneous matter **3** : OPEN, UNOBSTRUCTED ⟨∼ view⟩ **4** : EVIDENT, OBVIOUS **5** : easily understood : CLEAR **6** : CANDID, BLUNT **7** : SIMPLE, UNCOMPLICATED ⟨∼ cooking⟩ **8** : lacking beauty or ugliness — **plain·ly** *adv* — **plain·ness** *n*
**plain·clothes·man** \ˈplān-ˈklōthz-mən, -ˈklōz-, -ˌman\ *n* : a police officer who